IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 10/9/13 at 10:30 a.m.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:12-00198 |
| v. | ) |
| | ) JUDGE TRAUGER |
| | ) |
| ALI KASSEM | ) |

## DEFENDANT ALI KASSEM'S SECOND
## MOTION TO CONTINUE PLEA HEARING

Defendant, Ali Kassem, respectfully requests that this Honorable Court continue the Plea Hearing currently scheduled for August 29, 2013. In support of this Motion, Mr. Kassem states as follows:

1. Mr. Kassem and his attorney have had plea negotiations with the Government.

2. However, there are still some issues to be resolved by defense counsel and the attorney for the Government. The final terms of the Plea Agreement have not been completed. In addition, defense counsel is still

1