IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*Motion GRANTED. Hearing reset for 3/14/14 at 2:00 PM.*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:12-00198 |
| v. | ) |
| | ) JUDGE TRAUGER |
| | ) |
| ALI KASSEM | ) |

### DEFENDANT ALI KASSEM'S MOTION TO CONTINUE PLEA HEARING

Defendant, Ali Kassem, respectfully requests that this Honorable Court continue the Plea Hearing currently scheduled for February 10, 2014, at 2:00. The parties do have an agreement. However, there a few outstanding details to be resolved.

Respectfully Submitted:

/s *Deanna Bell Johnson*
Deanna Bell Johnson
Post Office Box 2494
Brentwood, TN 37027
(615) 403-6622
Attorney For Ali Kassem

1